# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 21, 2025

*By the Court*:

| No. 25-2145 | STUDENT DOE 1, et al., <br>    Plaintiffs - Appellees <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, et al., <br>    Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-04188 <br> Northern District of Illinois, Eastern Division <br> District Judge Sara L. Ellis ||

Upon consideration of the **UNOPPOSED MOTION TO WITHDRAW AND DISMISS APPEAL**, filed on August 20, 2025, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).


form name: **c7_FinalOrderWMandate** (form ID: **137**)